UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-61779-RAR

**DOMINICK CENTI**, *individually*
*and on behalf of all others similarly situated*,

      Plaintiff,

v.

**EXXON MOBIL CORPORATION**,

      Defendant.
_____/

### ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the Plaintiff's Notice of Dismissal with Prejudice [ECF No. 9]. The Court having reviewed the Notice, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice* as to Plaintiff Dominick Centi's individual claims and **DISMISSED** *without prejudice* as to the class claims. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 13th day of November, 2020.

                                                          _____
                                                          **RODOLFO A. RUIZ II**
                                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record